**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6601**

CHAUNCEY A. WILLIAMS,

             Plaintiff - Appellant,

       v.

J. E. PARKS, Director, Offender Management Services; M. L.
TAYLOR, Chief of Operations, Central Region; D. B. EVERETT,
Chief of Operations, Eastern Region.; G. ROBINSON, Manager,
Ombudsman Services Unit; H. J. PONTON, JR., Warden,
(N.C.C.); R. WOODSON, Eastern Region Ombudsman; M. M. VARGO,
Warden (SSX II),

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T.S. Ellis, III, Senior
District Judge.  (1:13-cv-00823-TSE-IDD)

Submitted:  August 21, 2014          Decided:  August 26, 2014

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chauncey A. Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey A. Williams appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012), and denying his motion to amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Parks, No. 1:13-cv-00823-TSE-IDD (E.D. Va. Mar. 18, 2014 & Apr. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2